165 So.2d 917

**James R. DAVIS**

v.

**STATE.**

**6 Div. 104.**

Supreme Court of Alabama.

June 25, 1964.

James R. Davis, pro se.

Richmond M. Flowers, Atty. Gen., and John C. Tyson, III, Asst. Atty. Gen., opposed.

GOODWYN, Justice.

Petition of James R. Davis for certiorari to the Court of Appeals to review and revise the judgment and decision in Davis v. State, 165 So.2d 917.

Writ denied.

LIVINGSTON, C. J., and LAWSON and COLEMAN, JJ., concur.

165 So.2d 927

**Robert Lee DAVIS**

v.

**STATE.**

**I Div. 221.**

Supreme Court of Alabama.

June 25, 1964.

Thos. M. Haas, Mobile, for petitioner.

Richmond M. Flowers, Atty. Gen., and Owen Bridges, Asst. Atty. Gen., opposed.

LAWSON, Justice.

Petition of Robert Lee Davis for certiorari to the Court of Appeals to review and revise the judgment and decision in Davis v. State, 165 So.2d 918 (1 Div. 937).

Writ denied.

LIVINGSTON, C. J., and GOODWYN and COLEMAN, JJ., concur.